FILED

APR 0 8 2026

U.S. BANKRUPTCY COURT
Knoxville, Tennessee

Certificate Number: 12459-TNE-CC-040818884

12459-TNE-CC-040818884

# CERTIFICATE OF COUNSELING

I CERTIFY that on April 5, 2026, at 7:51 o'clock PM PDT, Danny Strevel received from Abacus Credit Counseling, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Eastern District of Tennessee, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: April 5, 2026

By: /s/Tania Hernandez

Name: Tania Hernandez

Title: Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).